AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 18 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__   District of   __ARKANSAS__

UNITED STATES OF AMERICA
V.

BILLY S. HOLBERT

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number:   4:97cr00125-01 JMM
USM Number:   21110-009

Jerome Kearney
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  __General and Standard__  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from unlawful use of a controlled substance. | 3/31/2008 |
| Standard 14 | Failure to report for drug testing and to report for substance abuse treatment as directed by the United States Probation Office. | 3/28/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   \*\*\*-\*\*-7568
Defendant's Date of Birth:   \*\*/\*\*/1953

Defendant's Residence Address:
Redacted Pursuant to JCUS Policy

Defendant's Mailing Address:
Redacted Pursuant to JCUS Policy

June 17, 2008
Date of Imposition of Judgment

_/s/ James M. Moody_
Signature of Judge

James M. Moody
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

June 18, 2008
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT:    BILLY S. HOLBERT
CASE NUMBER:  4:97cr00125-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   nine (9) months

X   The court makes the following recommendations to the Bureau of Prisons:
    Defendant shall participate in whatever substance abuse treatment program available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL